IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ROMEO EDILZAR YAXCAL-TIUL,<br><br>              Defendant. | 8:25CR120<br><br>NOTICE OF COMPLIANCE OF<br>LOCAL CRIMINAL RULE 16.1(a) |

Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to the defendant in the above-captioned case.

DATED this 13th day of June, 2025.

                                                        Respectfully submitted;

                                                        LESLEY A. WOODS
                                                        United States Attorney
                                                        District of Nebraska

                       By:    s/ Kathryn A. Pflug
                               KATHRYN A. PFLUG, #27650
                               Assistant U.S. Attorney
                               1620 Dodge Street, Ste. 1400
                               Omaha, Nebraska   68102
                               Tel: (402) 661-3700
                               Fax: (402) 661-3084
                               E-mail:  kathryn.pflug@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                                        s/ Kathryn A. Pflug
                                                        Assistant U.S. Attorney